ORDERED.

Dated: April 04, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No.: 6:17-bk-07322-KSJ |
| LORRAINE RYALS, | |
| Debtor. | |
| _____/ | |

**ORDER GRANTING WILMINGTON SAVINGS FUNDS SOCIETY, FSB'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ENFORCE FINAL JUDGMENT**

**THIS MATTER** came before the Court upon Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III's Motion for Relief From the Automatic Stay to Enforce Final Judgment of Foreclosure [D.E. 33] (the "Motion"). The Court, pursuant to Local Rule 2002-4, having considered this Motion without further notice or hearing as no party in interest has filed an objection within twenty-one (21) days from the date that the Motion was entered on the docket, and being otherwise duly advised in the premises, it is, hereby

**ORDERED**:

1. The Motion is **GRANTED**, as set forth herein.

2. The Automatic Stay as is lifted to allow Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III ("Secured Creditor"), so as to allow Secured Creditor to enforce its Final Judgment of Foreclosure and allow the state court to enter all necessary orders, judgments, and decrees associated therewith, on real property commonly described as *1020 SE 50th Terrace, Ocala, FL 34471* and with a legal description described as:

> **LOT 6, BLOCK A, OF OAK LEAF, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 5, PAGE 148 AND 149, OF THE PUBLIC RECORDS OF MARION COUNTY, FLORIDA.**
>
> **BEING THE SAME PROPERTY CONVEYED TO JEAC C.T. ANDERSON A/K/A JEAN ANDERSON AND LORRAIN RYALS BY DEED FROM DEVONIA STUD, INC. RECORDED 04/12/2005 IN DEED BOOK 3999 PAGE 347, IN THE PUBLIC RECORDS OF MARION COUNTY, FLORIDA.**

3. This relief is *in rem* only in order to complete state court foreclosure proceedings through certificate of title and possession of the Property; however, Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III shall not seek any *in personam* relief against the debtor without further order of the Court.

4. The Court waives the time requirements under Rule 4001(a)(3) and deems the relief from stay effective immediately.

5.      The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Chase A. Berger, Esq**.
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**

Chase A. Berger, Esq.
Mr. Berger is directed to serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service within 3 days from the date of this Order.