# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:  Case #6:17-bk-07322-KSJ
**Debtor:** Lorraine Ryals  Chapter 13

## FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION
*Subject property: 1020 SE 50th Terrace Ocala, FL 34471 (Loan 3232)*

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 06-25-2018 and the following parties were present:

1. [ x ] The Debtor: Lorraine Ryals
2. [ x ] The Debtor's Attorney: Patrick Thompson
3. [ x ] The Lender's Representative: Ron McMahan
4. [ x ] The Lender's Attorney: Peter Kelly

**B.** The final MMM conference was scheduled for 06-25-2018 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement

Dated: 06.25.18  Signature of Mediator: _____ //s// Robert Branson
  Printed Name: Robert Branson
  Address: 1501 E. Concord Street Orlando, FL 32803
Copies To:  Phone: (407) 894-6834
[All Parties to Mediation]  Email: robert@bransonlaw.com